BLANK ROME, LLP
Attorneys for Plaintiff
PORT JACKSON SHIPPING CO.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE COTE**

| PORT JACKSON SHIPPING CO., | |
|---|---|
| Plaintiff, | 07 Civ. **07 CIV 3889** |
| -against- | **RULE 7.1 STATEMENT** |
| STAR TANKERS INC. | |
| Defendants. | |

RECEIVED
MAY 17 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff PORT JACKSON SHIPPING CO. certifies that, according to information provided to counsel by its clients, PORT JACKSON SHIPPING CO. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:   New York, New York
         May 17, 2007

                          BLANK ROME, LLP
                          Attorneys for Plaintiff
                          PORT JACKSON SHIPPING CO.

                          By _____
                            Jack A. Greenbaum (JG 0039)
                          The Chrysler Building
                          405 Lexington Ave.
                          New York, NY 10174-0208
                          (212) 885-5000

311817.1
900200.00001/6531419v.1                                1