Copy /T

BLANK ROME, LLP
Attorneys for Plaintiff
PORT JACKSON SHIPPING CO.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORT JACKSON SHIPPING CO.,

            Plaintiff,

      -against-

STAR TANKERS INC.

            Defendants.

07 Civ. 3889 (DLC)

**NOTICE OF VOLUNTARY
DISMISSAL AND RELEASE
OF RULE B ATTACHMENT**

      PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or
appearance has been served by defendant, and

      WHEREAS, on May 21, 2007, this Court issued a Process of Maritime Attachment and
Garnishment against the property belonging to defendant under the control of, or held by various
garnishees in New York.

      NOW, on the consent of the attorney for plaintiff, it is

      ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of
Maritime Attachment and Garnishment issued in this action on May 21, 2007, be and is hereby
vacated and all funds restrained pursuant thereto shall be released, and it is further

127224.00601/6662855v.1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of

the Federal Rules of Civil Procedure.

Dated: New York, NY
August 19, 2008

Respectfully submitted,
BLANK ROME, LLP
Attorneys for Plaintiff
PORT JACKSON SHIPPING CO.

By

Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
jgreenbaum@blankrome.com

SO ORDERED:

U.S.D.J.

August 21, 2008

311510.1
127224.00601/6662855v.1

2